NOTE: CHANGES MADE BY THE COURT

PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
DENNIS M. GONZALES, Bar No. 59414
dgonzales@lbaclaw.com
NATHAN A. OYSTER, State Bar No. 225307
noyster@lbaclaw.com
CHRISTOPHER T. KIM, State Bar No. 279214
ckim@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

JS-6

Attorneys for Defendants
County of Los Angeles, Sheriff Leroy D. Baca,
Dennis H. Burns, Deputy Kerfoot, Marvin Cavanaugh,
Daniel Cruz and Deputy Casey Owens

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WHITE, | Case No. CV 13-03401 JFW (SSx) |
| Plaintiff, | Honorable John F. Walter |
| vs. | |
| LEROY BACA, SHERIFF, DEP. KERFOOT, DEP. CASEY OWENS #523213, JOHN DOE, CAPT. DANIEL CRUZ, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, DENNIS A. CONTE, MARVIN CAVANAUGH, STEPHEN B. JOHNSON, DENNIS H. BURNS, and TEN UNKNOWN NAMED DEFENDANTS ("DOES" 1-20), inclusive, | **JUDGMENT AFTER TRIAL BY JURY** |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

1

On February 6, 2014, the Court entered an Order granting in part and denying in part Defendants County of Los Angeles, Sheriff Leroy D. Baca, Dennis H. Burns, Matthew Kerfoot, Marvin Cavanaugh, Daniel Cruz, and Casey Owens' (hereinafter "Defendants") Motion for Summary Judgment. Specifically, the Court granted summary judgment as to Defendants Kerfoot and Owens on Plaintiff's first, fifth, and seventh claims for relief alleged in the First Amended Complaint; as to Defendants Baca, Burns, Cavanaugh, and Cruz on Plaintiff's first, fifth, sixth, and seventh claims for relief alleged in the First Amended Complaint; as to Defendant County of Los Angeles on Plaintiff's sixth and eighth claims for relief alleged in the First Amended Complaint and dismissed the Los Angeles County Sheriff's Department as a defendant in the action. The Court denied summary judgment without prejudice as to Plaintiff's third and fourth claims for relief alleged in the First Amended Complaint.

On February 6, 2014, the Court also granted Defendants' Motion to Bifurcate Trial. As a result, Plaintiff's second claim for relief alleged in the First Amended Complaint would be tried first and Plaintiff's third and fourth claims for relief alleged in the First Amended Complaint would only proceed to trial if necessary.

Plaintiff's second claim for relief alleged that Defendants Kerfoot and Owens used excessive force against Plaintiff in violation of 42 U.S.C. § 1983. Plaintiff's third claim for relief alleged supervisory liability against Defendants Baca, Burns, Cavanaugh, and Cruz. Plaintiff's fourth claim for relief alleged public entity liability (*Monell*) against Defendant County of Los Angeles.

On March 25, 2014, this action came on regularly for trial in Courtroom 16 of the Los Angeles-Spring Street Courthouse in the Central District of California, the Honorable John F. Walter presiding, regarding Plaintiff's second claim for relief. Plaintiff appeared through his attorney Jeff D. Price. Defendants appeared

through their attorneys Dennis M. Gonzales and Nathan A. Oyster of Lawrence Beach Allen & Choi, PC.

A jury of eight persons was impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, and the cause was submitted to the jury with instructions to return a verdict on special issues. The jury deliberated and thereafter returned into Court with its verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury.

Specifically, the jury made the following finding: that Defendants Kerfoot and Owens did not use excessive force against Plaintiff in violation of the Fourteenth Amendment of the United States Constitution. The verdict was filed by the clerk on March 27, 2014.

In light of the jury's verdict finding that there was no violation of Plaintiff's constitutional rights, on April 18, 2014, the Court entered an Order granting judgment as a matter of law in favor of Defendants Baca, Burns, Cavanaugh, and Cruz on the third claim for relief alleged in the First Amended Complaint, and granting judgment in favor of Defendant County of Los Angeles on the fourth claim for relief alleged in the First Amended Complaint.

IT IS SO ORDERED AND ADJUDGED that judgment be entered on all claims in favor of Defendants County of Los Angeles, Sheriff Leroy D. Baca, Dennis H. Burns, Matthew Kerfoot, Marvin Cavanaugh, Daniel Cruz, and Casey Owens and against Plaintiff Eric White, and that Defendants County of Los Angeles, Sheriff Leroy D. Baca, Dennis H. Burns, Matthew Kerfoot, Marvin Cavanaugh, Daniel Cruz, and Casey Owens shall be entitled to costs of suit incurred herein.

Dated: April 25, 2014          _____
                               Honorable John F. Walter
                               United States District Judge