Jeff Dominic Price | SBN 165534
2500 Broadway, Suite 125
Santa Monica, California 90404
jeff.price@mac.com
Tel. 310.451.2222

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIC WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY BACA et al.,<br><br>    Defendants. | No. 2:13-CV-03401-JFW-SSx<br><br>NOTICE OF MOTION AND MOTION BY PLAINTIFF TO COMPEL DISCLOSURE FROM DEFENDANTS [Filed concurrently with JOINT STIPULATION PERTAINING TO DISCOVERY DISPUTE; Declaration of Counsel for Plaintiff; Declaration of Counsel for Defendants]<br><br>DATE:    July 18, 2017<br>TIME:    10:00 a.m.<br>Courtroom:    590 |

TO: THE CLERK OF THE COURT AND TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 18, 2017, at 10:00 a.m., at 255 E. Temple Street, Courtroom 590, the Hon. Suzanne H. Segal, United States Magistrate Judge, presiding, or as soon he may be heard, the Plaintiff will request an order To Compel Defendants' Responses to Joint Stipulation Pertaining to Discovery Dispute.

As a result of informal discovery conferences on May 26, 2017, June 1,

1  2017, and June 2, 2017, and the supplemental responses served by the
2  Defendants, plaintiff has redacted the Joint Stipulation to remove responses no
3  longer considered at issue.
4      This motion is based upon this notice and motion and any further facts
5  or evidence offered at the time of the hearing on the motion and on all papers,
6  files and records on file in this case. Plaintiff has complied with Fed R. Civ. P.
7  37 and L.R. 37-2.

8  DATED: JUNE __27__, 2017            Jeff Dominic Price
                                                By      /s/ Jeff Dominic Price
9                                                  Jeff Dominic Price, Esq.
10                                                 Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28